# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES QUINN,<br><br>       Plaintiff,<br>v.<br><br>HARGROVE, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:17-cv-00516 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

     Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia.

     I, the undersigned counsel of record for Defendant, certify that to the best of my knowledge and belief that Defendant does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

     These representations are made in order that judges of this Court may determine the need for recusal.

 

                                                    Respectfully submitted,

                                                    CONNIE N. BERTRAM
                                                    D.C. Bar No. 435840

                                                    By:       */s/*
                                                    CONNIE N. BERTRAM
                                                    PROSKAUER ROSE, LLP
                                                    1001 Pennsylvania Ave., NW, Suite 600S
                                                    Washington, DC 20004
                                                    Telephone: (202) 416-6810
                                                    Fax: (202) 416-6899
                                                    cbertram@proskauer.com

                                                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of May, 2017, I will file the foregoing with the Clerk of Court using the CM/ECF System which will then send a notification of such filing (NEF) to the recipients listed below:

**JUSTIN DEREK ZELIKOVITZ**
DC WAGE LAW
519 H Street, NW
Washington, DC 20001
(202) 803-6083
Fax: (202) 683-6102
Email: Justin@dcwagelaw.com

                                                  /s/_Connie N. Bertram_____
                                                  Connie N. Bertram